UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                             Case No. 6:09-cr-97-Orl-31GJK

WESLEY KENNETH McVAY

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

☐   IS   related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: June 17, 2009

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   *s/ Vincent S. Chiu*
Vincent S. Chiu
Assistant United States Attorney
USA No. 109
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:         vincent.chiu@usdoj.gov

U.S. v. WESLEY KENNETH McVAY           Case No. 6:09-cr-97-Orl-31GJK

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Travis Williams

*s/ Vincent S. Chiu*
Vincent S. Chiu
Assistant United States Attorney
USA No. 109
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail:  vincent.chiu@usdoj.gov