# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                  Case No.  6:09-cr-97-Orl-31GJK

**WESLEY KENNETH MCVAY**

AUSA: Vincent Chiu
Defense Atty.: Travis Williams

| JUDGE | **Gregory J. Kelly**<br>United States Magistrate Judge | DATE AND TIME | **July 21, 2009**<br>10:15-10:55 |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | TAPE/REPORTER | digital |
| INTERPRETER | | PRETRIAL/PROB: | Mike Chatman |

## CLERK'S MINUTES
### Initial Appearance/Bond hearing/Change of Plea hearing
**Defendant appears on a summons**

Case called, appearances made, procedural setting by court
Dft advised of right to counsel
Gov summarizes charge/penalties
Dft waives right to be charged by indictment
Dft pleads not guilty to the information
Gov does not oppose bond requests travel restriction
Pretrial Officer responds
Court releases dft on: PTS Supervision/travel restricted to MD and SD of Florida for work/may travel to Texas for family visitation/not to possess any firearms or dangerous device/mental health evaluation and treatment if needed as directed by PTS costs to be borne by dft/maintain employment/no excessive use of alcohol/ not to possess any illegal drugs/register as a sex offender/report an contact with law enforcement to PTS/prior approval by PTS of change in residence/$5000 unsecured bond
Dft sworn and testifies
Gov summarizes penalties
Dft advised of sentencing guidelines
Dft advised of presentence investigation report
Dft advised of waiver of right to appeal sentence
Gov states facts it would prove at trial
Dft advised of his right to trial
Dft pleads guilty to count one of the information
Court finds dft competent
Court to enter report and recommendation
All pending motions are denied as moot
Court adjourned