AO 83 (Rev. 12/85) Summons in a Criminal Case

**FILED**

# United States District Court
## Middle District of Florida

2012 OCT 30  AM 10: 11

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

V

Wesley Kenneth McVay
1629 Larkin Ave.
Orlando, FL 32812

(Name and address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case No: 6:09-CR-97-ORL-31GJK

**You are hereby summoned** to appear before the United States District Court at the place, date, and time set forth below.

| Place: | United States Courthouse | Room Courtroom No. 3C |
|---|---|---|
| Before: | Honorable Gregory J. Kelly United States Magistrate Judge | Date Nov. 5, 2012 Time 10:30 A.M. |

To answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Violation Notice

☒ Probation Violation Petition

Charging you with a violation of Title ___ United States Code, Section(s) ___

Brief description of the offense:

**SEE ATTACHED CERTIFIED COPY OF PETITION ON PROBATION AND SUPERVISED RELEASE**

*Kim Anderson*
Signature of Issuing Officer

Sheryl L. Loesch, Clerk of Court
Name and Title of Issuing Officer

10-3-12
Date

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: *Kim Anderson*
Deputy Clerk

AO 83 (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me (*) on: Wesley Kenneth McVay   Date: October 30, 2012

Check one box below to indicate appropriate method of service.

☒ Served personally upon the defendant at: The U.S. Probation Office, 401 W. Central Blvd., Ste 1400, Orlando FL 32801

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.

Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on October 30, 2012
Date

J. Curtiss Towers, Jr.
Name of United States Marshal/United States Probation Officer

_____
(by) Deputy United States Marshal

Remarks:

(*) As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.