UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs

WESLEY KENNETH MCVAY

Case Number: 6:09-cr-97-Orl-31GJK

USM Number: 27427-018

Peter Warren Kenny, Esq.
201 South Orange Ave, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to Violation Charge Numbers One, Two, Three, Four, Five, Six of the term of supervision. Accordingly, the court has adjudicated that the defendant is guilty of these violation charges:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | Positive urinalysis for marijuana in violation of Condition Seven of the Standard Conditions of Supervision. | June 4, 2012 |
| Two | Positive urinalysis for marijuana in violation of Condition Seven of the Standard Conditions of Supervision. | July 24, 2012 |
| Three | Positive urinalysis for marijuana in violation of Condition Seven of the Standard Conditions of Supervision. | July 31, 2012 |
| Four | Positive urinalysis for marijuana in violation of Condition Seven of the Standard Conditions of Supervision. | August 22, 2012 |
| Five | Positive urinalysis for marijuana in violation of Condition Seven of the Standard Conditions of Supervision. | September 24, 2012 |
| Six | Failure to submit to urinalysis in violation of the Standard Conditions of Supervision. | September 12, 2012 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The original Petition (Doc. No. 34) and Violation Charges 7 and 8 of the Superseding Petition are DISMISSED.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

November 15, 2012

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

November 20, 2012

AO 245B (Rev. 4/09) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by this court in this case.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 4/90) Judgment in a Criminal Case